UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA ZEIGER,<br><br>        Plaintiff,<br><br>v.<br><br>ARAMARK SCHOOLS, LLC and JACOB D'OTTAVIO, Individually,<br><br>        Defendants. | **STIPULATION OF SETTLEMENT**<br><br>Civil Action No. 11-cv-2367 (SJF) (GRB) |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the above-captioned action shall be, and hereby is, dismissed with prejudice, no party shall be deemed a prevailing party, and without costs or attorneys' fees to any party as against the other.

IT IS FURTHER STIPULATED AND AGREED that this action shall be reinstated to the Court's calendar if Defendants fail to timely pay the settlement money as set forth in the Settlement Agreement and General Release.

By: _____
Peter J. Famighetti
The Law Office of Borrelli & Associates, PLLC
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 248-5550
*Attorneys for Plaintiff*

Date: _____, 2012

By: _____
James P. Walsh, Jr.
Melissa D. Hill
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000
*Attorneys for Defendants ARAMARK Schools LLC and Jacob D'Ottavio*

Date: _____, 2012

SO ORDERED

_____
Honorable Sandra J. Feuerstein, USDJ